## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

WILLIAM W. FLEETWOOD,        )
                             )
            Plaintiff,       )
                             )
vs.                          )          Case No. CIV-08-1072-M
                             )
MICHAEL J. ASTRUE,           )
Commissioner of Social       )
Security Administration,     )
                             )
            Defendant.       )

## ORDER

On July 17, 2009, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for supplemental security income and insurance benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by August 7, 2009, and on that date, plaintiff filed his objection.

In his objection, plaintiff contends the Administrative Law Judge ("ALJ") failed to provide a meaningful analysis of the medical evidence and, thus, failed in showing his findings were based on substantive evidence. Having carefully reviewed the administrative record, and particularly the ALJ's decision, the Court finds that in his decision, the ALJ conducted a meaningful analysis of the medical evidence and did not fail in showing that his findings were based on substantive evidence.

Accordingly, having carefully reviewed this matter de novo, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 17, 2009, and

(2)      AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 19th day of August, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE